**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02028-REB-KLM

PATTY MATTHEWS,

    Plaintiff,

v.

MARBLE SYSTEMS, INC., and
GEREMIAS V. EUCEDA,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion For Dismissal With Prejudice** [#13][1] filed December 6, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion For Dismissal With Prejudice** [#13] filed December 6, 2011, is **GRANTED**;

    2. That any pending motion is **DENIED** as moot; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated December 6, 2011, at Denver, Colorado.

                                                            **BY THE COURT:**

                                                            Robert E. Blackburn
                                                           United States District Judge

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.